### THE PEOPLE OF THE TERRITORY OF GUAM
v.
### JULIAN R. GOMEZ, Defendant

Criminal No. 103F-76

Superior Court of Guam

October 28, 1976

ABBATE, *Judge*

#### DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery

order and order for production of grand jury testimony, this Court cites the Decision in the companion case *People of the Territory of Guam v. Michael Imamura*, 104F-76.

Submit order.